Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty.

FILED

2026 OCT 22 AM 9:25

CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

BY ___ [signature]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA PLAINTIFF<br>v.<br>Harold TABAIE<br>USMS# ______ DEFENDANT | CASE NUMBER: 2:26-cr-00668-JFW-1<br>**REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 10/22/2026 at 6:00 ☒ AM ☐ PM
   or
   The defendant was arrested in the ______ District of ______ on ______ at ______ ☐ AM ☐ PM
2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No
3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No
4. Charges under which defendant has been booked:
   18 USC 1347 Health Care Fraud
5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
6. Interpreter Required: ☒ No ☐ Yes Language: ______
7. Year of Birth: 1948
8. Defendant has retained counsel: ☒ No
   ☒ Yes Name: ~~Grant Gelberg~~ - Carley Palmer → 213-706-6921 Phone Number: ~~213-402-1940~~
9. Name of Pretrial Services Officer notified: USPO Jarryd Tanedo
10. Remarks (if any): ______
11. Name: SA Alex Le (please print)
12. Office Phone Number: 562-343-6571
13. Agency: HHS-OIG
14. Signature: [signature]
15. Date: 10/22/2026